

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00155-CV

Cornel Marton, individually and on behalf of minor child, Z.M.
v.
Stephen Dubner

On Appeal from the
414th District Court of McLennan County, Texas
Trial Court Cause No. 2022-64-5

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 26, 2022